**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 28, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00540-CV

## IN RE NIDAL ABUATA & ABUATA ENTERPRISES, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-248643**

## MEMORANDUM OPINION

On July 22, 2022, relators Nidal Abuata & Abuata Enterprises filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Tameika Carter, presiding judge of the 400th District Court of Fort Bend County, to vacate the trial court's April 4, 2022 order denying defendants' second motion for leave to designate expert Gaines West.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.